IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION


JOSEPH ALBERT GANDOLFF,

     Plaintiff,

v.                                                          CASE NO. 1:06-cv-00108-MP-AK

BY THE PLANET INC,

     Defendant.

_____/


<u>WRIT OF EXECUTION</u>

TO:   UNITED STATES MARSHAL
       NORTHERN DISTRICT OF FLORIDA

     Judgment having been entered in the above cause on January 25, 2007, in the sum of

$2,768.72, in favor of the plaintiff, JOSEPH ALBERT GANDOLFF, and against the defendant,

BY THE PLANET, INC., said sum having not been paid,

     IT IS HEREBY ORDERED that of the goods and chattels, lands and tenements in your

district belonging to BY THE PLANET, INC., the United States Marshal shall cause to be made

and levied as well a certain debt of $2,768.72, in the United States District Court for the

Northern District of Florida before the Judge of said Court by the consideration of the same

Judge lately recovered against the said, BY THE PLANET, INC., and also the costs that may

accrue under this writ.

IT IS FURTHER ORDERED that the United States Marshal Service shall return the Writ

to the Court within five days of the levy with an endorsement of the action thereon.

**DONE AND ORDERED** this *6th* day of February, 2008

_____*s/Maurice M. Paul*_____

Maurice M. Paul, Senior District Judge

_____

Marshal's Return

On _____, 2008, at _____ (time), this writ was

executed.

_____           _____

Date                                                     Deputy United States Marshal
                                                             or other representative