IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JOSEPH ALBERT GANDOLFF,

    Plaintiff,

v.                                         CASE NO. 1:06-cv-00108-MP-AK

BY THE PLANET INC,

    Defendant.

_____/

## **O R D E R**

Previously, the Court entered Judgment in the above cause on January 25, 2007, in the sum of $2,768.72, in favor of the plaintiff, JOSEPH ALBERT GANDOLFF, and against the defendant, BY THE PLANET, INC. The Court also issued a writ of execution pursuant to Florida state law. (Doc. 31). Under Florida law, certain discovery is available to a judgment creditor, such as Mr. Gandolff. Specifically, Mr. Gandolff has requested that the Court order the judgment debtor, By The Planet, Inc., to fill out and return a Fact Information Sheet, Florida Form 1.977. The Florida Rules of Civil Procedure provide,

> In addition to any other discovery available to a judgment creditor under this rule, the court, at the request of the judgment creditor, shall order the judgment debtor or debtors to complete form 1.977, including all required attachments, within 45 days of the order or such other reasonable time as determined by the court. Failure to obey the order may be considered contempt of court.

Fla. R. Civ. P. 1.560. Accordingly it is hereby,

**ORDERED AND ADJUDGED:**

1. A copy of this order, and the Fact Information Sheet found at Florida Form 1.977 shall be sent by the Clerk to the Defendant at By The Planet, Inc., Attn. Anthony McKnight, 5111 NW 13th Street, Suite A, Gainesville, Florida, 32609.

2. Mr. McKnight, as president and registered agent of By The Planet, Inc., shall fill out

and return the Fact Information Sheet to Mr. Gandolff by Friday, April 4, 2008.  Mr. McKnight is specifically warned that **failure to obey this order may be considered contempt of court.**

**DONE AND ORDERED** this  15th  day of February, 2008

          *s/Maurice M. Paul*
         Maurice M. Paul, Senior District Judge