IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION


JOSEPH ALBERT GANDOLFF,

      Plaintiff,

v.                                    CASE NO. 1:06-cv-00108-MP-AK

BY THE PLANET INC,

      Defendant.

_____/

**O R D E R**

      Previously, this Court entered an order setting a hearing on Thursday, May 1, 2008, at

9:30 a.m, for Defendant, and Mr. Anthony Michael McKnight, president of the Defendant, to

show cause why they should not be held in contempt of court for failure to follow previous

orders.  The Clerk was directed to send notice of the hearing to both parties, with notice for the

Defendant going to both of the addresses listed on page 3 of doc. 9 and to the address listed in

Doc. 34

      The addresses in document 9 were:

      By The Planet, Inc.,
      President & Registered Agent: Anthony Michael McKnight
      5111 NW 13th St., Suite A
      Gainesville, FL 32609

      By The Planet, Inc.
      President & Registered Agent: Anthony Michael McKnight
      2260 NW 47th St.,
      Gainesville, FL 32605

      And the address in document 34 was:

      By The Planet, Inc.
      Attn. Anthony McKnight - President and Registered Agent
      1322 SW 61st Terrace
      Gainesville, FL 32607.

Later, at doc. 40, the Clerk recorded the fact that the mail to 2260 NW 47th St. was returned undeliverable.  Then, at doc. 43, the Clerk recorded the fact that the certified mail to 2260 NW 47th St. was returned unclaimed.  The mail sent to 5111 NW 13th St did not generate any error message, and was apparently received by Defendant and Mr. McKnight.

The Court notes the following facts supporting the conclusion that the mail was delivered and received.  First, the internal mail logs of the Clerk of Court of the United States District Court indicate that the Order at doc. 35 was sent to the 5111 NW 13th St. address by regular U.S. Mail.  Second, the Defendant previously responded to a request for Waiver of Service which had been sent to the 5111 NW 13th St. and 2260 NW 47th St. addresses (see Docs. 9 and 14).  Finally, the Florida Dept. of State Division of Corporations website http://www.sunbiz.org lists 5111 NW 13th St. Suite A as the principal place of business for By The Planet, Inc.

The Court therefore sets this matter for a hearing on July 8, 2008, at 2:00 p.m. at the Gainesville Federal Courthouse regarding whether Mr. McKnight and/or his company By The Planet, Inc.  shall be held in contempt of court for defiance of prior court orders.  The Court directs that the United States Marshal, at government expense, serve the instant order on Mr.

McKnight personally.  Service should be attempted at the following addresses at least:

| | |
|---|---|
| 5111 NW 13TH STREET, STE A<br>GAINESVILLE FL 32609 | 4300 NW 23RD AVE SUITE 21<br>GAINESVILLE FL 32614 |
| 3314 NW 27TH TERR.<br>GAINESVILLE, FL 32605 | 2260 NW 47TH ST.<br>GAINESVILLE, FL 32605 |
| 1322 SW 61ST TERR.<br>GAINESVILLE, FL 32607 | |

The Marshal shall file a return of service executed for each address to the Clerk's office.

**DONE AND ORDERED** this  12th   day of June, 2008.

           *s/Maurice M. Paul*
        Maurice M. Paul, Senior District Judge