IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JOSEPH ALBERT GANDOLFF,

    Plaintiff,

v.                                                CASE NO. 1:06-cv-00108-MP-AK

BY THE PLANET, INC.,

    Defendant.

_____/

## **O R D E R**

        This matter is before the Court on Doc. 72, Motion for Ruling on the Issues Stated in the Court's Order Dated December 12, 2008, filed by the plaintiff, Joseph Albert Gandolff. On December 12, 2008, the Court entered an order (Doc. 62) denying Plaintiff's motion to proceed *in forma pauperis* on appeal. In that order, the Court noted that Plaintiff's civil contempt motion (Doc. 33) was still pending and that the Court had entered no other final or interlocutory order that could be appealed. Rather, the Court adjourned the hearing on Plaintiff's motion to hold the defendant corporation or its president, Mr. Anthony Michael McKnight, in contempt, because the defendant corporation was not represented by an attorney and because there was some dispute regarding Mr. McKnight's status as a registered agent for the now-dissolved corporation. Before the Court could take any steps to resolve those issues, Plaintiff filed his notice of appeal. In the instant motion, Plaintiff requests that the Court rule on those issues. As this matter is

currently on appeal before the Eleventh Circuit, this Court is without jurisdiction to proceed.

Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

The motion at Doc. 72 is DENIED.

    **DONE AND ORDERED** this *14th* day of May, 2009

              *s/Maurice M. Paul*
            Maurice M. Paul, Senior District Judge