IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JOSEPH ALBERT GANDOLFF,

    Plaintiff,

v.                                                       CASE NO. 1:06-cv-00108-MP -GRJ

BY THE PLANET INC,

    Defendant.

_____/

**O R D E R**

This matter is before the Court on Doc. 127, Notice to the Court of Clerical Mistakes and Omissions in Subpoenas Duces Tecum Issued by Clerk of Court and Request for Correction by Joseph Albert Gandolff. Plaintiff Gandolff requests the Court to correct a clerical error and omission in the subpoenas. Plaintiff points out that the name at the bottom of the subpoena is James Gandolff rather than Joseph Gandolff. Plaintiff also notes that there is no deadline to comply on the subpoena. The Court finds that the matters raised do not effect the efficacy of the subpoenas. Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

    1.     The Motion to Correct Subpoenas Duces Tecum, Doc. 127, is DENIED.

    **DONE AND ORDERED** this __28th__ day of February, 2011

                                         *s/Maurice M. Paul*

                                      Maurice M. Paul, Senior District Judge